**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00758-RPM-CBS

BOBBIE CRUZ,

       Plaintiff,

v.

PEOPLE FIRST RECOVERIES, LLC, a Minnesota limited liability company,

       Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

       THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

       Dated: May 29th, 2007

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____
                          U.S. DISTRICT JUDGE